Chapter 13 Plan    Case No. _____.

Debtor(s) __Chasiti Gladys__    SS# ___*** **-2296___    Net Monthly Earnings: _$3265.12_.
                                 SS# _____    Number of Dependents: _0_.

**Plan Payments:**
( x ) Debtor(s) propose to pay a total of $__941.00__ x Monthly into the plan  (Debtor Requests a __$435.00 bi-weekly__ payroll deduction order to __AT&T__.)

Length of plan is approximately __60__ months, and the total debt to be paid through the plan is approximately $__44,000.00__.

From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

B. Total ATTORNEY FEE: $_2500.00_ ; $_500.00_ paid prepetition; $_800.00_ to be paid at confirmation and $_500.00 for 2 months then $200.00_ per month until paid in full.
C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid | Direct Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate Arrearage | Proposed Fixed Payment on Arrearage | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| N/A |  | ☐ by Trustee<br>☐ by Debtor |  |  |  |  |  |  |
|  |  | ☐ by Trustee<br>☐ by Debtor |  |  |  |  |  |  |
|  |  | ☐ by Trustee<br>☐ by Debtor |  |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total amount of debt | Debtor's Value | Unsecured Portion | Description of Collateral | Interest Factor | Proposed fixed payment | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Americredit | $200.00 | $22,272.49 | $21,400.00 | N/A | 2008 Camry | 7 % | $505.00 | 04/09 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. Other Debts not shown in #1 or #2 above which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| N/A |  |  |  |  |

IV. Special Provisions. Pursuant to Administrative Order 05-09, the adequate protection payments scheduled in section (2) shall be paid as post-petition/pre-confirmation adequate protection payments by the Chapter 13 Trustee.

[ x ] This is an original plan.
[  ] This is an amended plan replacing plan dated _____.
[ x ] This plan proposes to pay unsecured creditors __100__ %.
[  ] OtherProvisions:

Attorney for the Debtor Name/Address/Telephone Number
C. Taylor Crockett    Dated: __11/5/08__

P.O. Box 10526                              /s/Chasti Gladys
Birmingham, AL 35202                         Debtor
Telephone#(205)254-3500
                                              Debtor