# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Chasiti Gladys | 806 Reach Crest     Birmingham, AL 35242 |
| cr | Recovery Management System Corporation     attn: Ramesh Singh     25 SE 2nd Ave Ste 1120     Miami, Fl 33131–1605 | |
| cr | AmeriCredit.     c/o Alice Whitten     PO Box 183853     Arlington, TX 76096 | |
| cr | PRA Receivables Management LLC     POB 41067     Norfolk, VA 23541 | |
| cr | Jefferson Capital Systems LLC     PO BOX 7999     ST CLOUD, MN 56302–9617 | |
| tr | Thomas E Reynolds     Haskell Slaughter Young &Rediker     1400 Park Place Tower     2001 Park Place No     Birmingham, AL 35203 | |
| aty | C Taylor Crockett     P O Box 10526     Birmingham, AL 35202 | |
| smg | Valrey Early     BA Birmingham     1800 5th Avenue North     Birmingham, AL 35203 | |
| 5695376 | ARROW FINANCIAL SERVICES, LLC     c/o Jefferson Capital Systems LLC     PO BOX 7999     SAINT CLOUD MN 56302–9617 | |
| 5695380 | ARROW FINANCIAL SERVICES, LLC     c/o Jefferson Capital Systems LLC     PO BOX 7999     SAINT CLOUD MN 56302–9617 | |
| 5622940 | Aaron Sales &Lease     1015 Cobb Place Blvd NW     Kennesaw, GA 30144 | |
| 5622941 | AmSouth Bank     P.O. Box 1984     Birmingham, AL 35201 | |
| 5622937 | AmeriCredit     P. O. Box 183853     Arlington, TX 76096 | |
| 5639457 | AmeriCredit Financial Services, Inc.     PO Box 183853     Arlington, TX 76096 | |
| 5622942 | Assetcare     P. O. Box 15380     Wilmington, DE 19850 | |
| 5622943 | Brookwood Medical Center     P.O. Box 740792     Atlanta, GA 30374–0792 | |
| 5622944 | Charter Communications     12405 Poerscourt Drive     Saint Louis, MO 63131 | |
| 5622945 | Compass Bank     P.O.Box 2210     Decatur, AL 35699–0001 | |
| 5622946 | Emergency Physicians – MCE     2010 Brookwood Medical Center Dr     Birmingham, AL 35209 | |
| 5622947 | Express     P.O. Box 659562     San Antonio, TX 78265–9562 | |
| 5622948 | Fingerhut     11 McLeland Road     St. Cloud, MN 56395 | |
| 5622949 | First Premier Bank     601 S Minnesota Avenue     Sioux Falls, SD 57104 | |
| 5622950 | GE Capital     C/o Arrow Financial     5996 W Toughy Avenue     Niles, IL 60714 | |
| 5622951 | GE Capital     C/o Arrow Financial     5996 W Toughy Avenue     Niles, IL 60714 | |
| 5622953 | HSBC     C/o Arrow Financial     5996 W Toughy Avenue     Niles, IL 60714 | |
| 5622952 | Household Bank     P.O. Box 5222     Carol Stream, IL 60197–5222 | |
| 5622963 | I C Systems     P. O. Box 64378     Saint Paul, MN 55164 | |
| 5774959 | I.C. Systems, Inc. o/b/o Emer Phys Assoc     c/o A. Thomas Pokela Attorney at Law     PO Box 2621     Sioux Falls, SD 57101–2621 | |
| 5622938 | Internal Revenue Service     801 Tom Martin Drive     Birmingham, AL 35211 | |
| 5622964 | Internal Revenue Service     PO Box 21126     Philadelphia, PA 19114 | |
| 5622965 | Island National Group     6851 Jericho Turnpike     Syosset, NY 11791 | |
| 5661418 | Jefferson Capital Systems LLC     PO BOX 7999     SAINT CLOUD MN 56302–9617 | |
| 5622954 | Kenley Apartments     C/o Winston, Winston, Jenkins &Chastain     1800 12th Avenue S     Birmingham, AL 35205 | |
| 5622955 | Lola Minnor     13521 Old Hwy 280     Birmingham, AL 35242 | |
| 5622956 | Midland Credit Mang/Associates     P. O. Box 939019     San Diego, CA 92193 | |
| 5622966 | NCO Financial     1732 Lyter Drive Suite 1     Johnstown, PA 15905 | |
| 5622957 | Northland Group     P. O. Box 390846     Minneapolis, MN 55439 | |
| 5622967 | Plaza Associates     7 Penn Plaza     New York, NY 10001 | |
| 5841893 | Portfolio Recovery Associates, LLC     PO Box 41067     Norfolk, VA 23541 | |
| 5681194 | Premier BankCard/Charter     P.O. Box 2208     Vacaville, CA 95696 | |
| 5681195 | Premier BankCard/Charter     P.O. Box 2208     Vacaville, CA 95696 | |
| 5622968 | RJM Acquisitions     575 Underhill Blvd Ste 2     Syosset, NY 11791 | |
| 5622969 | RJM Acquitions     575 Underhill Blvd Ste 2     Syosset, NY 11791 | |
| 5680711 | Recovery Management Systems Corporation     25 S.E. 2nd Avenue, Suite 1120     Miami, FL 33131–1605 | |
| 5622939 | State of Alabama     Department of Revenue     Income Tax Division     Montgomery, AL 36104 | |
| 5661535 | T Mobile USA Inc     Attn: Bankruptcy Dept.     PO Box 53410     Bellevue, Wa 98015–3410 | |
| 5622958 | T–Mobile     P. O. Box 742596     Cincinnati, OH 45274 | |
| 5675985 | TARGET NATIONAL BANK     C O WEINSTEIN AND RILEY, PS     2001 WESTERN AVENUE, STE 400     SEATTLE, WA 98121 | |
| 5622959 | Target     P.O. Box 59231     Minneapolis, MN 55459–0231 | |
| 5622960 | Target     P.O. Box 59231     Minneapolis, MN 55459–0231 | |
| 5622961 | Tuscaloosa Water Dept     C/o CBSI     550 Greensboro Avenue     Tuscaloosa, AL 35401 | |
| 5622970 | Wells Fargo Bank     Bankruptcy Dept     3476 Stateview Blvd X7801–014     Fort Mill, SC 29715 | |
| 5797304 | West Alabama ER Physicians c/o Franklin Coll Svc     PO Box 3910     Tupelo, MS 38803 | |
| 5622962 | West Alabama Emergency Physicians     C/o Franklin Collections     P. O. Box 3910     Tupelo, MS 38803 | |

TOTAL: 54