**Van−010** [Conversion Notice] (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 08−05574−TOM7 |
| Chasiti Gladys | **Chapter** 7 |
| **SSN:** xxx−xx−2296 | |
| **Debtor(s)** | |

## CONVERSION NOTICE

**NOTICE is hereby provided:**

The Debtor filed a **Notice of Conversion** on **2/19/10 .** On or before 14 days from the date of filing the Notice of Conversion the Debtor is required to do the following:

(1) File amendments to Schedules A through F, listing any and all changes to property or amounts owed since the commencement of the original bankruptcy case;

(2) File a Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data (Official Form 6) pursuant to 28 U.S.C. §159;

(3) File a Statement of Compensation regarding fees received in the chapter 13 case, fees paid for the conversion of the chapter 13 case and any fees for the chapter 7 case pursuant to 11 U.S.C. §329;

(4) File a Statement of Current Monthly Income and Means−Test Calculation (Official Form 22A) for cases filed on or after October 17, 2005;

(5) File a Statement of Information Required by 11 U.S.C. §341 pursuant to Local Rule 4002−1; and

(6) Pay the conversion fee of $25.00 to the Clerk of the Bankruptcy Court.

Further, the Debtor is required to file with the Court on or before 30 days from the date of the Notice of Conversion or the date set for the Section 341 meeting of creditors, whichever date is earlier, a Statement of Intention pursuant to 11 U.S.C. §521. A copy of the statement is to be served on the creditors and parties to the case and the same is to be certified to the Court upon completion.

Failure to comply with the filing requirements or payment of fees within the time limits may result in the dismissal of the case. Copies of all amendments and statements are to be served on the appointed Chapter 7 Trustee and the Bankruptcy Administrator.

Dated:  February 22, 2010                          By:

                                                                              Scott W. Ford, Clerk
                                                                              United States Bankruptcy Court

kac