# Notice Recipients

District/Off: 1126−2  User: kcobb  Date Created: 2/22/2010
Case: 08−05574−TOM7  Form ID: van010  Total: 55

**Recipients of Notice of Electronic Filing:**
tr          Thomas E Reynolds       ter@hsy.com
aty         C Taylor Crockett       taylor@taylorcrockett.com

                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Chasiti Gladys       806 Reach Crest       Birmingham, AL 35242
cr          Recovery Management System Corporation       attn: Ramesh Singh       25 SE 2nd Ave Ste 1120       Miami, Fl 33131−1605
cr          AmeriCredit.       c/o Alice Whitten       PO Box 183853       Arlington, TX 76096
cr          PRA Receivables Management LLC       POB 41067       Norfolk, VA 23541
cr          Jefferson Capital Systems LLC       PO BOX 7999       ST CLOUD, MN 56302−9617
smg         Valrey Early       BA Birmingham       1800 5th Avenue North       Birmingham, AL 35203
5695376     ARROW FINANCIAL SERVICES, LLC       c/o Jefferson Capital Systems LLC       PO BOX 7999       SAINT CLOUD MN 56302−9617
5695380     ARROW FINANCIAL SERVICES, LLC       c/o Jefferson Capital Systems LLC       PO BOX 7999       SAINT CLOUD MN 56302−9617
5622940     Aaron Sales &Lease       1015 Cobb Place Blvd NW       Kennesaw, GA 30144
5622941     AmSouth Bank       P.O. Box 1984       Birmingham, AL 35201
5622937     AmeriCredit       P. O. Box 183853       Arlington, TX 76096
5639457     AmeriCredit Financial Services, Inc.       PO Box 183853       Arlington, TX 76096
5622942     Assetcare       P. O. Box 15380       Wilmington, DE 19850
5622943     Brookwood Medical Center       P.O. Box 740792       Atlanta, GA 30374−0792
5622944     Charter Communications       12405 Poerscourt Drive       Saint Louis, MO 63131
5622945     Compass Bank       P.O.Box 2210       Decatur, AL 35699−0001
5622946     Emergency Physicians – MCE       2010 Brookwood Medical Center Dr       Birmingham, AL 35209
5622947     Express       P.O. Box 659562       San Antonio, TX 78265−9562
5622948     Fingerhut       11 McLeland Road       St. Cloud, MN 56395
5622949     First Premier Bank       601 S Minnesota Avenue       Sioux Falls, SD 57104
5622950     GE Capital       C/o Arrow Financial       5996 W Toughy Avenue       Niles, IL 60714
5622951     GE Capital       C/o Arrow Financial       5996 W Toughy Avenue       Niles, IL 60714
5622953     HSBC       C/o Arrow Financial       5996 W Toughy Avenue       Niles, IL 60714
5622952     Household Bank       P.O. Box 5222       Carol Stream, IL 60197−5222
5622963     I C Systems       P. O. Box 64378       Saint Paul, MN 55164
5774959     I.C. Systems, Inc. o/b/o Emer Phys Assoc       c/o A. Thomas Pokela Attorney at Law       PO Box 2621       Sioux Falls, SD 57101−2621
5622938     Internal Revenue Service       801 Tom Martin Drive       Birmingham, AL 35211
5622964     Internal Revenue Service       PO Box 21126       Philadelphia, PA 19114
5622965     Island National Group       6851 Jericho Turnpike       Syosset, NY 11791
5661418     Jefferson Capital Systems LLC       PO BOX 7999       SAINT CLOUD MN 56302−9617
5622954     Kenley Apartments       C/o Winston, Winston, Jenkins &Chastain       1800 12th Avenue S       Birmingham, AL 35205
5622955     Lola Minnor       13521 Old Hwy 280       Birmingham, AL 35242
5622956     Midland Credit Mang/Associates       P. O. Box 939019       San Diego, CA 92193
5622966     NCO Financial       1732 Lyter Drive Suite 1       Johnstown, PA 15905
5622957     Northland Group       P. O. Box 390846       Minneapolis, MN 55439
5622967     Plaza Associates       7 Penn Plaza       New York, NY 10001
5841893     Portfolio Recovery Associates, LLC       PO Box 41067       Norfolk, VA 23541
5681194     Premier BankCard/Charter       P.O. Box 2208       Vacaville, CA 95696
5681195     Premier BankCard/Charter       P.O. Box 2208       Vacaville, CA 95696
5622968     RJM Acquisitions       575 Underhill Blvd Ste 2       Syosset, NY 11791
5622969     RJM Acquitions       575 Underhill Blvd Ste 2       Syosset, NY 11791
5680711     Recovery Management Systems Corporation       25 S.E. 2nd Avenue, Suite 1120       Miami, FL 33131−1605
5622939     State of Alabama       Department of Revenue       Income Tax Division       Montgomery, AL 36104
5661535     T Mobile USA Inc       Attn: Bankruptcy Dept.       PO Box 53410       Bellevue, Wa 98015−3410
5622958     T−Mobile       P. O. Box 742596       Cincinnati, OH 45274
5675985     TARGET NATIONAL BANK       C O WEINSTEIN AND RILEY, PS       2001 WESTERN AVENUE, STE 400       SEATTLE, WA 98121
5622959     Target       P.O. Box 59231       Minneapolis, MN 55459−0231
5622960     Target       P.O. Box 59231       Minneapolis, MN 55459−0231
5622961     Tuscaloosa Water Dept       C/o CBSI       550 Greensboro Avenue       Tuscaloosa, AL 35401
5622970     Wells Fargo Bank       Bankruptcy Dept       3476 Stateview Blvd X7801−014       Fort Mill, SC 29715
5797304     West Alabama ER Physicians c/o Franklin Coll Svc       PO Box 3910       Tupelo, MS 38803
5622962     West Alabama Emergency Physicians       C/o Franklin Collections       P. O. Box 3910       Tupelo, MS 38803
            Chapter 13 Trustee       P.O. Box 10848       Birmingham, AL 35202

TOTAL: 53